UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **13-20195-CIV-MARTINEZ-MCALILEY**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCELLE A. STRACHAN,

    Defendant.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendant **(D.E. No. 13)**. Upon review of the record, it appears that Defendant has indeed failed to answer or otherwise respond to the complaint. Therefore, it is:

**ORDERED AND ADJUDGED** that

    1.    Plaintiff shall submit a *Motion for Default Final Judgment* no later than **July 29, 2013**, that includes affidavits of the amount due by Defendant and any other supporting documentation necessary to determine the measure of damages. Plaintiff shall send a copy of the motion and this Order to Defendant's counsel or to Defendant, if Defendant does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent.

    2.    If Defendant fails to respond to the Complaint and/or move to set aside the Clerk's Default on or before **July 29, 2013**, default final judgment may be entered. Simply put for individuals without an attorney, if Defendant does not send an objection to the Clerk of Court

-2-

before the above deadline, then the Plaintiff may be able to take Defendant's property or money.

3.  Plaintiff's failure to file for the Motion for Entry of Default Final Judgment within the specified time will result in a **dismissal without prejudice**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of July, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record